In the Matter of JONATHAN M. ALLEN, Petitioner, against GEORGE L. FERSH et al., Constituting the Zoning Board of Appeals of City of Plattsburgh, et al., Respondents.— Motion for an order granting the State University of New York permission to intervene in this proceeding pursuant to section 1298 of the Civil Practice Act. Motion granted, without costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of NATHAN BERGER, Appellant, against ATLANTIC METAL PRODUCTS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of CARMELLA CARDAMONE, Appellant, against TOWN OF BROOKHAVEN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of ORLEAN COLE et al., Appellants, against WM. BARNET & SON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CONROY, Appellant.— The decision of November 24, 1954 (284 App. Div. 1012), is amended to provide that the order of the County Court be vacated; and that upon remission to the County Court, the court reconsider the proceeding on the whole record of proof taken before and since the remission; and on such proof make a new determination of the application. We prefer this procedure to a report as to a separate determination of the authenticity of an exhibit in aid of our consideration of the appeal. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of MARY COSENZA, Appellant, against GUTTILIA BLOUSE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of CATHERINE CRANE, Appellant, against CONSOLIDATED EDISON Co. INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of PHILIP DESROUSSOUX, Appellant, against GOULD PAPER COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.